```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
 -------------------------------------------------------X ELECTRONICALLY FILED
 STEVEN NACHSHEN,                                       : DOC #:
                                                        : DATE FILED: 11/18/2019
                              Plaintiff,                :
                                                        :
                -against-                               :   19-CV-632 (VEC)
                                                        :
                                                        :   ORDER
 ESRT 10 UNION SQUARE, LLC, AND                         :
 PANERA, LLC,                                           :
                                                        :
                              Defendants.               :
 -------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2019, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT the deadline for completing all remaining discovery is extended through **February 14, 2020**; previously ordered monthly status reports shall continue for the duration of discovery. The parties must appear for a status conference on **February 14, 2020**, at **10:00 A.M.** The parties must submit a joint letter on or before **February 6, 2020**, which must identify any anticipated motions and propose briefing schedules for any such motions. The parties may jointly request a referral to the Magistrate Judge for a settlement conference at any time.

**SO ORDERED.**

Date: November 18, 2019
 New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**